UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: 4:22-CR-86 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| PERRY WILLIAMS, III | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement will be provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

    Respectfully submitted,

    JILL E. STEINBERG
    UNITED STATES ATTORNEY

    **/s/ Tara M. Lyons**
    Tara M. Lyons
    Assistant United States Attorney
    Deputy Chief, Criminal Division
    South Carolina Bar No.16573

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4532

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:22-CR-86 |
| | ) | |
| v. | ) | |
| | ) | |
| PERRY WILLIAMS, III | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S**
**NOTICE OF PLEA AGREEMENT**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 4th day of April 2023.

                                                    JILL E. STEINBERG
                                                  UNITED STATES ATTORNEY

                                                  ***/s/ Tara M. Lyons***
                                                  Tara M. Lyons
                                                  Assistant United States Attorney
                                                  Deputy Chief, Criminal Division
                                                  South Carolina Bar No.16573

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4532